UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 14-46-ART-(2) |
| v. | ) | |
| | ) | |
| CARLOS R. MASSENGILL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Carlos R. Massengill moved to vacate his sentence under 28 U.S.C. § 2255.  R. 89. Magistrate Judge Hanly A. Ingram issued a thorough Report and Recommendation that the Court deny Massengill's motion because it is untimely and meritless.  R. 91.  Massengill had fourteen days to object.  28 U.S.C. § 636(b)(1).  Fourteen days have passed, and he has not.

Accordingly, it is **ORDERED** that the Report and Recommendation, R. 91, is **ADOPTED** as the opinion of the Court.  Massengill's motion to vacate, R. 89, is **DENIED**.

This the 26th day of July, 2016.



Signed By:
*Amul R. Thapar*  AT
United States District Judge